United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC RICHARD ELESON; CASSIE HULALI ELESON,

    Plaintiffs,

v.

TANI G. CANTIL-SAKAUYE; MING W. CHIN; KATHERINE M. WERDEGAR; MARVIN R. BAXTER; JOYCE L. KENNARD; CAROL A. CORRIGAN; GOODWIN LIU,

    Defendants.

No. C 14-5658 WHA (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE; INSTRUCTIONS TO CLERK**

This case was opened on December 30, 2014, when plaintiffs Eric Richard Eleson, a California prisoner, and Cassie Hulali Eleson, an Oregon resident, filed a document entitled "Indictment" in which they claimed to be "private attorneys general" criminally prosecuting the justices of the California Supreme Court for committing treason by their rulings against plaintiffs. Construing the indictment as a civil complaint, the clerk notified plaintiffs that they had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"), mailed plaintiffs IFP forms with instructions and stamped return envelopes, and informed them that if they did not pay the filing fee or file within 28 days, then the case would be dismissed.

Plaintiffs responded to the clerk's deficiency notice by stating that they do not have to pay the filing fee because they are bringing a criminal indictment, not a civil action. Whether to prosecute and what criminal charges to file or bring are decisions that rest in the prosecutor's discretion. *United States v. Batchelder*, 442 U.S. 114, 124 (1979). Plaintiffs cite no authority,

and this court is aware of none, empowering them to bring criminal charges in federal court. As plaintiffs indicate that they did not intend to file a civil action, the clerk shall administratively close this case as having been opened in error. No fee is due.

**IT IS SO ORDERED.**

Dated: March  27 , 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE